FILED
2008 May-17  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH E. HASTINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV No. 2:07-cv-01954-SLB |
| | ) | |
| CAPITAL ONE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kenneth E. Hastings (Hastings), and Defendant Capital One Bank (USA), N.A., formerly known as Capital One Bank (Capital One) through undersigned counsel, hereby stipulate to the dismissal of this action and any and all claims that Hastings has, had and/or may have against Capital One with prejudice. Each party is to bear its own fees and costs.

{B0835814}

                                        Respectfully Submitted,

                                        /s/ Joshua H. Threadcraft
                                        RIK S. TOZZI (TOZ001)
                                        JOSHUA H. THREADCRAFT (THR014)
                                        Attorneys for Capital One Bank (USA), N.A.
                                        STARNES & ATCHISON LLP
                                        Seventh Floor, 100 Brookwood Place
                                        Post Office Box 598512
                                        Birmingham, Alabama, 35259-8512
                                        Telephone:  (205) 868-6000
                                        Facsimile:  (205) 868-6099
                                        E-mail:     RST@starneslaw.com
                                                               JHT@starneslaw.com

                                        /s/ John G. Watts
                                        THE WATTS LAW GROUP, PC
                                        15 Office Park Circle, Suite 206
                                        P.O. Box 531168
                                        Birmingham, AL 35253
                                        Telephone:  (205) 714-4443
                                        Facsimile:  (205) 714-7177
                                        Email:       john@wattslawgroup.com

## CERTIFICATE OF SERVICE

     I do hereby certify that on this the 17th day of May, 2008, I have caused a copy of the foregoing pleading to be filed with the Clerk of Court using the CM/ECF system, which will automatically provide a copy of the pleading to the following:

John G. Watts, Esq.
johngwatts@gmail.com

Stan Herring, Esq.
herring.ms@gmail.com

{B0835814}                                    2

      /s/ Joshua H. Threadcraft
      OF COUNSEL